NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RHODERICK D. HALL,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**UNITED STATES POSTAL SERVICE,**
*Intervenor.*

---

2012-3063

---

Petition for review of the Merit Systems Protection Board in case no. AT0752110116-I-1.

---

## ON MOTION

---

## ORDER

The Merit Systems Protection Board moves for a 30-day extension of time, until June 1, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The Board's and the USPS' response briefs are due June 1, 2012.

FOR THE COURT

APR 2 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Rhoderick D. Hall
Renee A. Gerber, Esq.
Jeffrey Gauger, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 7 2012

JAN HORBALY
CLERK